UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

---------------------------------------------x

ZHEJIANG QIANDAOHU FUNDAY
AQUATIC PRODUCTS CO. LTD.,　　　　　　　　　Civil No.: 13-11197-DPW

　　　　　　　Plaintiff,

　-against-

MARINER SEAFOOD LLC d/b/a
MARINER SEAFOOD MARKETING,

　　　　　　　Defendant
---------------------------------------------x

## **STIPULATION**

　　Pursuant to Rule 15 (a) (2) of the Federal Rules of Civil Procedure, the undersigned parties by their respective counsel, consent to the filing of the attached Amended Complaint.

Dated: November 1, 2013

| | |
|---|---|
| SALTER, McGOWAN, SYLVIA<br>& LEONARD INC.<br>Attorneys for Defendant<br><br>By: _____<br>　Matthew J. McGowan, Esq.<br>　321 South Main Street<br>　Providence, Rhode Island 02903<br>　Tel.: (401) 274-0300<br>　Fax: (401) 453-0073<br>　E-mail: mmcgowan@smsllaw.com | NICOLETTI HORNIG & SWEENEY<br>Attorneys for Plaintiff/Counsel *Pro Hace Vice*<br><br>By: _____<br>　James F. Sweeney<br>　Wall Street Plaza, 88 Pine Street<br>　New York, New York 10005-1801<br>　Tel.: (212) 220-3830<br>　Fax: (212) 220-3780<br>　E-mail: jsweeney@nicoletthornig.com<br>　(File No.: 00001066 JFS) |