UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

_____

Zhejiang Qiandaohu Funday
Aquatic Products Co. Ltd.,

               Plaintiff,

      v.                                                       Civil No.: 13-11197

Mariner Seafood, LLC
d/b/a Mariner Seafood Marketing


               Defendant

_____

## **STIPULATION OF DISMISSAL**

      Pursuant to Rule 41 of the Federal Rules of Civil Procedure, and with the parties having resolved the matters that are the subject of the complaint commencing this civil action, they hereby agree that this case may be dismissed without prejudice, with each side to bear its own fees, costs, and expenses.


| Plaintiff | Defendant |
| --- | --- |
| By its Attorney, | By its Attorney, |
|   |   |
| */s/ Joel Favazza* | */s/ Matthew J. McGowan* |
| Joel Favazza, Esq. | Matthew J. McGowan, Esq. |
| SEASIDE LEGAL SOLUTIONS | Salter McGowan Sylvia & Leonard |
| P.O. Box 1172 | 321 South Main Street |
| Gloucester, Massachusetts 01931 | Providence, Rhode Island 02903 |
| Tel.: (978) 627-4500 | Tel.: (401) 274-0300 |
| Fax: (978) 290-5800 | Fax: (401) 453-0073 |
| E-mail: jfavazza@seasidelegalsolutions.com | E-mail: mmcgowan@smsllaw.com |
|   | (BBO No. 675196) |

James F. Sweeney
Wall Street Plaza, 88 Pine Street
New York, New York 10005-1801
Tel.: (212) 220-3830
Fax: (212) 220-3780
E-mail: jsweeney@nicolettihornig.com
(File No.: 10000588 JFS)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

_____

Zhejiang Qiandaohu Funday
Aquatic Products Co. Ltd.,

        Plaintiff,

      v.                                              Civil No.: 13-11197

Mariner Seafood, LLC
d/b/a Mariner Seafood Marketing

        Defendant

_____

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed a **STIPULATION OF DISMISSAL** in this case with the Clerk of this Court using the CM/ECF System.  The following are CM/ECF System participants in this case eligible to receive notice of the filing of such paper(s) electronically:

    Joel Favazza, Esquire                    jfavazza@seasidelegalsolutions.com

    James F. Sweeney, Esquire           jsweeney@nicolettihornig.com

I further hereby certify that I have this date served a copy of the above-referenced paper(s) on the following non CM/ECF participants by first class mail, postage prepaid, at the addresses noted below, or, where indicated, by fax (*) or hand delivery (**):

December 9, 2013                                        */s/ Matthew J. McGowan*

F:\Contents\Mariner Seafood\Funday Lawsuit\Settlement\Stipulation of Dismissal.docx